IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEANNA JEAN CHESLEY,

        Plaintiff,

        v.

CAROLYN W. COLVIN, acting
Commissioner of Social Security,

        Defendant.

No. 3:14-cv-00893-HZ

ORDER

HERNÁNDEZ, District Judge:

    Plaintiff Deanna Jean Chesley brought this action seeking review of the Commissioner's final decision denying her application for Supplemental Security Income and Disability Insurance Benefits under the Social Security Act. The Court reversed the Commissioner's decision, remanded the case for a determination of benefits, and entered judgment on June 3, 2015.

1 – ORDER

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. I have reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789, 796 (2002), the Court finds the requested fees are reasonable.

Plaintiff's motion [23] is granted, and Plaintiff's counsel is awarded $18,810 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $8,500 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awards under EAJA and send Plaintiff's attorney the balance of $10,310, less any applicable processing or user fees prescribed by statute. Any amount withheld after all administrative and court attorney's fees are paid and should be released to the claimant.

IT IS SO ORDERED.

DATED this _21_ day of _December_, 2015.

                                                MARCO A. HERNÁNDEZ
                                                United States District Judge